J. Edward Jones, Plaintiff-Appellant, *v.* William J. Kreish *et al.*, Defendants-Appellees.

(No. 56185; )

First District—August 3, 1972.

Opinion by Mr. JUSTICE McNAMARA.